1  Your name: Joseph Norris
2  Address: 5937 Indian Ave.
3  San Jose  CA  95123
4  Phone Number: 831-234-7896
5  Fax Number:
6  E-mail Address: jnorrisn1@gmail.com
7  Pro Se  *Defendant*

**FILED**
2013 SEP 12 P 1:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**
10  *San Francisco / Oakland / San Jose / Eureka]*

12  Plaintiff(s),
    NEUROWAVE MEDICAL
    TECHNOLOGIES LLC

    ) Case Name: NEUROWAVE
    ) MEDICAL TECHNOLOGIES, ETC. VS.
    ) JOSEPH NORRIS, AN INDIVIDUAL
    )
    ) Case Number: CV 13-03767 LB  SI
    )
    ) Title of Document:
    )
    ) REQUEST FOR EXTENSION

vs.

Defendant(s).
**JOSEPH NORRIS**

TITLE OF DOCUMENT: REQUEST FOR EXTENSION
CASE NO.: CV 13-03767 LB

PAGE NO. 2 OF 2

1        I, Joseph Norris do not yet have counsel in this case, and require additional time
2 to prepare a response. Also, a settlement is being discussed in regard to this case.
3 Although I have sought the plaintiff's (Neurowave Technologies) agreement for an extension as
4 we have been negotiating a settlement, they have refused my request.
5 Since a settlement agreement has been delayed by the plaintiff's desire to modify or change
6 specific points and language in the proposed settlement agreement, I hereby request, therefore,
7 that this Court grant a sixty (60) day extension file my answer to the complaint through and
8 including November 12, 2013, or a shorter extension for a period of time the Court deems
9 appropriate.

*[signature]*

TITLE OF DOCUMENT: REQUEST FOR EXTENSION
CASE NO.:       CV 13-03767 LB

PAGE NO. __2__ OF _2_